DEFENDANT:   Leslie Delay Lopez-Rojas

YOB:   2004

COMPLAINT FILED?   __x__ Yes   ____ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ Yes   __x__ No

OFFENSE(S):   COUNT 1: 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846: Conspiracy to possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

Count 2: 21 U.S.C. § 841(a)(1), (b)(1)(C): Possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

LOCAT. OF OFFENSE:   Garfield, Colorado

PENALTY:   COUNTS 1 and 2: NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years of supervised release and a $100 special assessment.

AGENT:   Special Agent Allison Richards

AUTH. BY:   Janelle Surace, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   ____ over five days   ____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1); and (f)(2)(A) and (B).

____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:   ____ Yes   __X__ No